AO91 (Rev. 12/03) Criminal Complaint  *Felony*  AUSA

# UNITED STATES DISTRICT COURT

Public and unofficial staff access to this instrument are prohibited by court order.

**Sealed**

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jonathan Garcia
United States

**CRIMINAL COMPLAINT**

Case Number: B-16- 124-MJ

United States District Court
Southern District of Texas
FILED

JAN 2 9 2016

David J. Bradley, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  December 29, 2015  in  Willacy  County, in the  Southern District Of Texas  defendant(s) did knowingly, willfully, and in reckless disregard of the fact that three (3) persons were undocumented alien(s), did knowingly conspire to transport and move with intent to further their unlawful presence,

in violation of Title  8  United States Code, Section(s)  1324(a)(1)(A)(v)(I)(ii)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

Investigation and Information furnished by United States Border Patrol Sector Intelligence Unit Agents (SIU) and the defendant(s). On January 8, 2016 SIU Agents conducted an interview with Eliseo Ortega, a person that had been recently arrested by U. S. Border Patrol for transporting undocumented aliens. Ortega advised the agents that he was hired to smuggle undocumented aliens by a person known to him as Jonathan Garcia aka "Big Boy". Ortega stated that Garcia offered to pay him $200 USD to transport an unknown number of undocumented aliens to a Mc Donald's restaurant located in Raymondville, Texas on December 29, 2015. Ortega also mentioned that he was going to be using Garcias' white Ford Expedition to transport the undocumented aliens.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

Signature of Complainant

Flor Ibarra            Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 29, 2015                                         at   Brownsville, Texas
Date                                                           City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge                    Signature of Judge

B-16-124-MJ

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Jonathan Garcia | Case Number: B-16- |
| United States | |

With the information obtained during the investigation, Border Patrol SIU Agents decided to make contact with Jonathan Garcia at his residence on January 11, 2016. Agents advised Garcia of his rights verbally using the Advice of Rights Form (I-214) at approximately 3:33 p.m. Garcia understood his rights and was willing to answer any question without the presence of an attorney. Garcia stated to the agents that he was the registered owner of the white Ford Expedition and that he was one month behind on payments. Garcia stated that on December 27, 2015 he gave consent for Ortega to take his vehicle and do some mechanic work. Garcia continued on and told the agents that immediately after Ortega took his vehicle Ortega asked that he wanted to use the vehicle to bring undocumented aliens, two of which were Ortega's' cousins. Ortega told Garcia that he was willing to pay him $500 USD to utilize his Ford Expedition. Garcia consented and admitted that Ortega would be using his vehicle to smuggle undocumented aliens and that he would get paid $500 USD.

SUBSCRIBED and SWORN to before me this _____29th_____ day of _____January, 2016_____.

_____  _____
Signature of Judicial Officer            Border Patrol Agent
                                                        Signature of Complainant